UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR DEONTAE BARNES,<br><br>Defendant. | No. 2:19-cr-00091-MCE<br><br>**ORDER** |

Defendant Jamar Deontae Barnes is currently represented by counsel. Accordingly, his pro se "Motion to Compel Discovery," ECF No. 102, is hereby STRICKEN.

IT IS SO ORDERED.

Dated: August 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1