MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR DEONTAE BARNES,<br>KAVIEO DAESHAUN LEE WILEY,<br>VINCENT ISAIAH PATTERSON,<br>KADRENA LATRICE WATTS,<br>JEREMY JEROME BARNETT, and<br>CHEVELE BERNARD RICHARDSON,<br><br>Defendants. | CASE NO. 2:19-CR-00091-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 23, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 23, 2020.

2. On December 30, 2019, the Court issued a minute order continuing the January 23, 2020 status conference to June 4, 2020, on the Court's own motion and due to the unavailability of the Judge. The minute order "encouraged [the parties] to file a Notice of Exclusion of Time if amenable." Docket No. 148.

3. By this stipulation, the parties now move to exclude time between January 23, 2020, and June 4, 2020, under Local Codes T2 and T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case to date includes more than 12,000 pages of investigative reports, photographs, affidavits, and other documents; approximately 470 recorded phone calls intercepted pursuant to the Title III wiretap; and other video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) On October 24, 2019, the grand jury returned a superseding indictment adding new charges against defendants Jamaine Barnes, Jamar Barnes, Wiley, Patterson, Watts, and Richardson.

   c) Counsel for defendants need the additional time between January 23, 2020 and June 4, 2020 to review the discovery in this case, to conduct investigation, to consult with their clients, and to otherwise prepare for trial.

   d) In addition, as was previously found at defendants' arraignments on the Indictment (ECF Nos. 49, 66, 84), and in this Court's August 20, 2019 Order (ECF No. 112) and October 29, 2019 Order (ECF No. 134), this case is "complex" within the meaning of 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2], based on the number of defendants, and the existence of a Title III wiretap resulting in hundreds of recorded conversations.

   e) Based on the above-stated findings, the ends of justice served by excluding time outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2020 to June 4, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C.§ 3161(h)(7)(A), B(ii) [Local Code T2].

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated: January 9, 2020          McGREGOR W. SCOTT
                                United States Attorney


                                /s/ DAVID W. SPENCER
                                DAVID W. SPENCER
                                Assistant United States Attorney


Dated: January 9, 2020          /s/ Etan Zaitsu
                                Etan Zaitsu
                                Counsel for Defendant
                                JAMAR DEONTAE BARNES


Dated: January 9, 2020          /s/ Christopher R. Cosca
                                Christopher R. Cosca
                                Counsel for Defendant
                                KAVIEO DAESHAUN LEE WILEY


Dated: January 9, 2020          /s/ Dina L. Santos
                                Dina L. Santos
                                Counsel for Defendant
                                VINCENT ISAIAH PATTERSON


Dated: January 9, 2020          /s/ John R. Manning
                                John R. Manning
                                Counsel for Defendant
                                KADRENA LATRICE WATTS


Dated: January 9, 2020          /s/ Michael D. Long
                                Michael D. Long
                                Counsel for Defendant
                                JEREMY JEROME BARNETT


Dated: January 9, 2020          /s/ Tasha P. Chalfant
                                Tasha P. Chalfant
                                Counsel for Defendant
                                CHEVELE BERNARD RICHARDSON

**ORDER**

IT IS SO ORDERED.

Dated: January 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3