Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMAR BARNES,<br><br>　　　　　　　　　Defendant. | Case No.: 2:19-CR-00091 MCE<br><br>**NOTICE AND REQUEST TO SEAL DOCUMENTS**<br><br>DATE: December 23, 2019<br>TIME:  9:00 a.m.<br>COURT: Hon. William B Shubb |

PLEASE TAKE NOTICE that Defendant Jamar Barnes, by and through his undersigned counsel, requests that the following documents be filed under seal: "Exhibit 2: Barnes Trinity Urgent Care Med. Records" and "Exhibit 3: Barnes Jail Medical Records." These exhibits are attachments to defendant's Reply to Government's Opposition to Defendant's Bail Review Motion at docket 190, which filed on April 7, 2020. Sealing is sought because the documents contain sensitive and private health information about Mr. Barnes, and sealing serves a compelling interest pursuant to *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990).

Pursuant to Local Rules 141(b), this notice and request to seal documents has been filed electronically, and served on all parties.

1

**Request to File Under Seal**

Dated: April 7, 2020

/s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
JAMAR BARNES

**Request to File Under Seal**

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Exhibit 2: Barnes Trinity Urgent Care Med. Records" and "Exhibit 3: Barnes Jail Medical Records," attachments to Defendant's Reply to Government's Opposition to Defendant's Bail Review Motion at docket 190, filed on or about April 7, 2020, pertaining to Defendant Jamar Barnes' medical records, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and Pretrial Services.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

Dated: April 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Request to File Under Seal**