FILED
April 17, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR DEONTAE BARNES<br><br>Defendant. | Case No.  2:19-cr-00091-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMAR DEONTAE BARNES Case No.  2:19-cr-00091-MCE  Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

|   | | |
|---|---|---|
| ___ | Release on Personal Recognizance | |
| ___ | Bail Posted in the Sum of $ | ___ |
| X | Unsecured Appearance Bond $ | 100,000 co-signed by mother, Charlotte Sylva, sister, Chalisha Barnes, and cousin, Patrick Gates |
| ___ | Appearance Bond with 10% Deposit | |
| ___ | Appearance Bond with Surety | |
| ___ | Corporate Surety Bail Bond | |
| X | (Other): Defendant to be released on 4/20/2020 at 9:00 AM to the custody of defense counsel to be immediately transported to the Well Space Program. Defense counsel to make arrangements for the defendant's transportation to Well Space. Pretrial | |

<u>Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on April 17, 2020 at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE