1  Etan Zaitsu [SBN 287106]
   Attorney at Law
2
3  ZAITSU LAW
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5  etan@zaitsulaw.com
6
   Attorney for Defendant
7  JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00091 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITION OF PRE TRIAL RELEASE** |
| v. | |
| JAMAR BARNES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Jamar Barnes, and David Spencer, Assistant United States Attorney, that Condition #15 of Defendant's Amended Special Conditions of Release (Dkt. 236) be modified as follows:

> "15. CURFEW: You must remain inside your residence every day from 11:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

Pretrial Services recommends this modification because defendant has obtained employment where he typically works later than 7:00pm.

In light of Pretrial Services' recommendation, the government does not object.

1

**Stipulation For Modification of Pretrial Release Condition**

1  Accordingly, the parties respectfully request the Court adopt this proposed stipulation and
2  order the Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part
3  of the record herein.
4  IT IS SO STIUPULATED

6  Dated:  November 18, 2020                    Respectfully submitted,

                                                */s/ Etan Zaitsu*
                                                ETAN ZAITSU
                                                Attorney for Defendant
                                                JAMAR BARNES

10 Dated:  November 18, 2020                    */s/ David Spencer*
                                                DAVID SPENCER
                                                Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Condition**

**ORDER**

Based upon the recommendation of Pretrial Services and the foregoing stipulation of the parties, good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above. The Amended Special Conditions of Pretrial Release is ordered filed. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  November 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation For Modification of Pretrial Release Condition