Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMAR BARNES,<br><br>　　　　　　Defendant. | Case No.: 2:19-cr-00091-MCE<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]<br>ORDER TO MODIFY CONDITIONS OF<br>RELEASE** |

## STIPULATION

Defendant Jamar Barnes, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. On April 17, 2020, the Honorable Magistrate Kendall J. Newman ordered Barnes released on a $100,000 unsecured bond to the Well Space 90-day residential treatment program. Dkt. 200, 202, 203. At that time, Barnes was ordered to appear for a status conference in three months, upon completion of treatment, for a hearing on his continued release. *Id.*

2. On June 30, 2020, Barnes appeared before the Honorable Magistrate Carolyn K. Delaney requesting continued release with additional conditions. Dkt. 235. The

1

**Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order**

court approved Barnes' release with the addition of condition 14, ankle monitoring, and condition 15, curfew from 7PM – 6AM. Dkt 235, 236.

3. On November 20, 2020, Magistrate Delaney, upon stipulation and request by the parties and Pretrial Services' support, modified Barnes curfew condition to 11PM – 6AM. Dkt. 267, 268.

4. Since then, Barnes has been promoted within his job to General Manager. As General Manager, he often works 60-70 hours per week, six days a week, overseeing all store operations, including accounting, hiring, promotions, inventory, and schedules, among other responsibilities.

5. Additionally, since his release, Barnes has not been found to be in violation of any condition of release.

6. Pretrial Services recommends removing conditions of release 14 and 15.

7. For the foregoing reasons, and by this stipulation, the parties move to exclude conditions 14 and 15, requiring ankle monitoring and curfew from 11PM to 6AM, from Barnes' conditions of release.

IT IS SO STIPULATED

Dated:  June 9, 2021        /s/ Etan Zaitsu
                            ETAN ZAITSU
                            Attorney for Defendant
                            JAMAR BARNES

Dated:  June 9, 2020        McGREGOR W. SCOTT
                            United States Attorney

                            /s/ David Spencer
                            DAVID W. SPENCER
                            Assistant United States Attorney

2

**Stipulation and [Proposed] Order**

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court hereby orders the removal of conditions 14 and 15, relating to ankle monitoring and curfew, from Defendant Jamar Barnes' release conditions.

IT IS SO FOUND AND ORDERED this 10th day of June, 2021.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [~~Proposed~~] Order**