Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMAR BARNES,<br><br>                Defendant. | Case No.: 2:19-CR-00091<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

## STIPULATION

Defendant Jamar Barnes, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. On April 17, 2020, upon motion and hearing, the Honorable Magistrate Kendall J. Newman ordered the defendant released on a $100,000 unsecured bond to the Well Space 90-day residential treatment program. Dkt. 200, 202, 203.

2. On June 30, 2020, after successfully completing the residential drug treatment program and upon defendant's request and recommendation by Pretrial Services, the Honorable Magistrate Carolyn K. Delaney ordered the defendant's continued

1

**Stipulation and Order**

release with the addition of Condition 14, ankle monitoring, and Condition 15, curfew from 7PM – 6AM. Dkt 235, 236.

3. On November 20, 2020, upon stipulation by the parties and the recommendation of Pretrial Services, the Court modified the defendant's curfew condition to 11PM – 6AM. Dkt. 267, 268.

4. On June 10, 2021, upon stipulation by the parties and recommendation by Pretrial Services, the Court modified defendant's release conditions, removing Conditions 14 and 15.

5. Since then and throughout his pretrial release period, Pretrial Services reports "all clean drug tests," and that "Mr. Barnes has been complaint with his release conditions." For these reasons, "Pretrial Services does not believe continued drug testing is necessary." The defendant agrees; the government is not opposed.

6. On these grounds, the parties agree and stipulate to terminating the drug testing requirement—Condition #10—of defendant's Special Conditions of Pretrial Release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the Fourth Amended Special Conditions of Pretrial Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIPULATED

Dated:  December 15, 2022         _/s/ Etan Zaitsu_____
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  JAMAR BARNES


Dated:  December 15, 2022         PHILLIP A. TALBERT
                                  United States Attorney


                                  _/s/ David Spencer_____
                                  DAVID W. SPENCER
                                  Assistant United States Attorney

2

**Stipulation and Order**

**ORDER**

Based upon the foregoing stipulation of the parties, Pretrial Services' recommendation, and good cause appearing, the Court hereby orders the termination of the drug testing requirement from the Defendant's Special Conditions of Pretrial Release. The Fourth Amended Special Conditions of Pretrial Release is ordered filed.  All other conditions of release are to remain in full force.


IT IS SO FOUND AND ORDERED

Dated:  December 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order**