Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMAR BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JAMAR BARNES<br><br>               Defendant. | Case No.: 2:19-CR-00091 DAD-2<br><br>**ORDER TO SEAL** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, and good cause showing, Defendant's Motion to Sever and for an In Camera Hearing and any associated filings are HEREBY ORDERED SEALED until further order of the court.

IT IS SO ORDERED.

Dated:  **July 29, 2024**             _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

1

**Order**