Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JAMAR BARNES,<br><br>               Defendant. | Case No.: 2:19-CR-00091-2<br><br>**STIPULATION AND ORDER TO EXTEND THE MOTIONS IN LIMIME FILING DATE** |

**STIPULATION**

Defendant Jamar Barnes, by and through his counsel of record, and plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

1. On November 12, 2024, the Court granted defense counsel's request to extend the due date for filing Motions in Limine from November 12, 2024, to November 15, 2024.

2. The parties now seek an order extending the MIL filing date to November 18, 2024, with oppositions due on November 22, 2024. The purpose of the extension, as represented by the defense, is to provide additional time for the defense team to discuss the case and trial strategies with its newest member, attorney Danica Mazenko, appointed by the Court on November 12, 2024. An extension would ensure

1

**Stipulation and Order**

        that Ms. Mazenko can meaningfully begin representing the defendant's interests by providing legal counsel in support of the defendant's Motions in Limine.

3. The parties further agree to meet and confer by November 18, 2024, prior to filing any Motions in Limine, to determine whether any motions can be resolved without litigation. To date, the parties have already reached agreement on a number of trial issues, including several stipulations involving witnesses and evidence.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and extend the Motions in Limine filing date to November 18, 2024, with oppositions due November 22, 2024.

IT IS SO STIPULATED

Dated: November 15, 2024                              */s/ Etan Zaitsu*_____
                                                                  ETAN ZAITSU
                                                                  Attorney for Defendant
                                                                  JAMAR BARNES

Dated: November 15, 2024                              PHILLIP A. TALBERT
                                                                 United States Attorney

                                                                  */s/ David Spencer*_____
                                                                  DAVID W. SPENCER
                                                                  Assistant United States Attorney

**Stipulation and Order**

**ORDER**

Based upon the foregoing stipulation of the parties, Pretrial Services' and good cause appearing, the Court hereby grants the parties' request to extend the Motions in Limine filing due to November 18, 2024, with oppositions due on November 22, 2024.

IT IS SO ORDERED.

Dated:   **November 18, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Stipulation and Order**