Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JAMAR BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00091 DAD-2 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |
| v. | |
| JAMAR BARNES | |
| Defendant. | DATE: March 3, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The parties, defendant Jamar Barnes, by and through his counsel Etan Zaitsu, and the Government, by and through its counsel David Spencer, hereby stipulate as follows:

1. Defendant Jamar Barnes changed his plea on November 26, 2024. On that date, the Court set his sentencing hearing on March 3, 2025.

2. Counsel for the defendant now requests a continuance of the sentencing date from March 3, 2025, to March 31,2025, with all filing due dates moved consistent with the new hearing date as outlined below. A continuance is requested because defense counsel requires additional time to complete Probation's pre-interview worksheet, prepare Mr. Barnes for his probation interview, and to conduct mitigation research, interviews, and investigation in preparation for sentencing.

1

**Stipulation and Order to Continue Sentencing**

3. Mr. Barnes' probation interview was held on January 23, 2025. A number of documents still need to be collected and submitted to Probation.
4. Probation has been notified of the requested continuance and filing dates and agrees that a four-week continuance is appropriate due to the complexity of the case.
5. Based upon the representations of defense counsel, and with approval of Probation, the government is without objection.
6. Therefore, the parties agree and stipulate to the following schedule:

>Sentencing Date: March 31, 2025
>
>Reply, or Statement of Non-Opposition: March 24, 2025
>
>Correction / Formal Objections: March 17, 2025
>
>Final Presentence Report: March 10, 2025
>
>Informal Objections: March 3, 2025
>
>Draft Presentence Report: February 17, 2025

IT IS SO STIPULATED.

Dated: January 27, 2025                    Respectfully submitted,

*/s/ Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
JAMAR BARNES

Dated: January 27, 2025                    Respectfully submitted,

*/s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorney

2

**Stipulation and Order to Continue Sentencing**

**ORDER**

Based upon the representations of the parties, and good cause having been shown, the Court orders the sentencing hearing for Defendant Jamar Barnes reset for March 31, 2025, at 9:30 a.m. with all filing due dates reset as the parties have outlined in the stipulation.

IT IS SO ORDERED.

Dated:   **January 28, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE