1  Etan Zaitsu [SBN 287106]
   Attorney-at-Law
2
3  Zaitsu Law
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5
6  Attorney for Defendant
   JAMAR BARNES
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00091 DAD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| JAMAR BARNES | DATE: April 28, 2025 |
| Defendant. | TIME:  9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

Defendant Jamar Barnes, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, stipulate as follows:

1. The Court previously set April 21, 2025—a week before sentencing—as the deadline for any Reply or Statement of Non-Opposition. Dkt 680.

2. Under Local Rules, Sentencing Memorandum are due anytime "[b]efore the date set for sentencing." L. R. 461(g).

3. In this case, counsel for the defendant is requesting two additional days to file his Reply in order to meet with Mr. Barnes a final time before sentencing to review materials, including the Reply and Sentencing Memo, and to otherwise prepare for final sentencing.

4. The government is not opposed.

5. The parties therefor request that the Court approve this stipulation to extend the filing deadline for an Reply or Statement of Non opposition to April 23,2025

IT IS SO STIPULATED

Dated: April 21, 2025                              Respectfully submitted,

                                                   */s/ Etan Zaitsu*
                                                   ETAN ZAITSU
                                                   Attorney for Defendant
                                                   JAMAR BARNES


                                                   MICHELLE BECKWITH
                                                   Acting United States Attorney

                                                   /s/ DAVID SPENCER
                                                   DAVID SPENCER
                                                   Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  **April 22, 2025**                         _____
                                                   Dena Coggins
                                                   United States District Judge