**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:  (916) 447-2988

Attorney for Defendant
JAMAR DEONTAE BARNES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:19-CR-00091-DAD |
| Plaintiff, | **ORDER RE MOTION TO RELEASE SEALED TRANSCRIPT** |
| v. | |
| **JAMAR DEONTAE BARNES,** | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that the transcript of the *in camera* proceedings on July 29, 2024 (court reporter Maryann Valenoti), ECF No. 581, related to defendant's motion to sever, be released to defendant's counsel of record on appeal, Erin J. Radekin, upon filing of a transcript request for those proceedings pursuant to this court's procedures and payment for preparation of the transcripts to the court reporters.  That transcript otherwise remains sealed for all purposes absent further order of the court.

IT IS SO ORDERED.

Dated:    **February 11, 2026**                                        _Dale A. Drozd_
                                                                                      DALE A. DROZD
                                                                                      UNITED STATES DISTRICT JUDGE